UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

---

| | |
|---|---|
| KIMBERLY ANN THOMAS,<br>       Plaintiff,<br><br>   vs.<br><br>TRANS UNION, LLC, in its own name and d/b/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION RENTAL SCREENING SOLUTIONS, INC., in its own name;<br>       Defendants. | CASE NO. 1:18-cv-06460-SJ-CLP<br> ECF Case<br><br><br>**TRANS UNION RENTAL SCREENING SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

---

Defendant Trans Union Rental Screening Solutions, Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion Rental Screening Solutions, Inc. discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union Rental Screening Solutions, Inc. is a wholly-owned subsidiary of Trans Union, LLC. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Date:  December 4, 2018                                Respectfully submitted,


                                                */s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC and Trans Union Rental Screening Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **4th day of December, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Adam G. Singer, Esq. asinger@adamsingerlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **4th day of December, 2018**, properly addressed as follows:

| None | |

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC and Trans Union Rental Screening Solutions, Inc.*