LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER**<br>ADAM G. SINGER<br>**EMAIL**<br>ASINGER@ADAMSINGERLAW.COM | **DIRECT DIAL**<br>(212) 842 – 2428<br>**FACSIMILE**<br>(212) 658 – 9682 |

January 2, 2019

**VIA ECF**
The Honorable Cheryl L. Pollak, U.S.M.J
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

  Re: **Thomas v. Trans Union LLC et al.; 1:18-cv-6460 (SJ) (CLP)**

Dear Magistrate Judge Pollak:

 This firm represents Plaintiff, Kimberly Ann Thomas, in the above-referenced action. Due to religious observances, Plaintiff respectfully requests an adjournment of the initial conference, currently scheduled for 3:30 p.m. on January 25, 2019. All parties consent to Plaintiff's request for an adjournment of the initial conference, and this is the first such request by any party.

 After conferring with counsel for Defendants, Plaintiff proposes February 4, 5, 6, and 7 as possible dates for a rescheduled initial conference if these dates are convenient for Your Honor. Thank you for your consideration.

              Respectfully submitted,

              */s/ Adam G. Singer*

              Adam G. Singer

**ROCKLAND**
75 MONTEBELLO ROAD
SUFFERN, NY 10901

WWW.ADAMSINGERLAW.COM

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601