

SCHUCKIT
& ASSOCIATES pc
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

January 08, 2019

**VIA ECF ONLY**

The Honorable Judge Cheryl L. Pollak
United States District Court
Eastern District of New York (Brooklyn)
225 Cadman Plaza East
Brooklyn, NY 11201

      ***RE:***    ***Kimberly Ann Thomas vs. Trans Union, LLC, et al.***
               U.S. District Court, Eastern District of New York
               Case No.: 1:18-cv-06460-SJ-CLP

Dear Judge Pollak:

We are lead counsel for Trans Union, LLC and Trans Union Rental Screening Solutions, Inc. ("Defendants") for the above-referenced matter, and respectfully request leave of Court to participate by telephone in the Initial Conference, currently scheduled for Wednesday, February 06, 2019, at 12:30 p.m.

Good cause exists to grant Defendants leave to appear by telephone as lead counsel otherwise will be required to travel from Zionsville, Indiana to Brooklyn, New York and thus, Defendants will incur significant travel costs and attorneys' fees.

We can and will meaningfully participate by telephone at the Initial Conference. We have conferred with Plaintiff's counsel regarding this matter and Plaintiff does not oppose this request.

                                               Respectfully,

                                               SCHUCKIT & ASSOCIATES, P.C.

                                               Camille R. Nicodemus

JLP/thm

cc: all counsel of record (via email only)