

SCHUCKIT
& ASSOCIATES PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

February 19, 2019

**<u>VIA ECF ONLY</u>**

Magistrate Judge Cheryl L. Pollak
Chambers Room 1230 / Courtroom 13B-South
United States District Court
Eastern District of New York (Brooklyn)
225 Cadman Plaza East
Brooklyn, NY 11201

   **RE: *Kimberly Ann Thomas vs. Trans Union, LLC, et al.***
      U.S. District Court, Eastern District of New York
      Case No.: 1:18-cv-06460-SJ-CLP

Dear Judge Pollak:

Defendants, Trans Union, LLC and Trans Union Rental Screening Solutions, Inc., and Plaintiff, Kimberly Ann Thomas (collectively, the "Parties"), write to update the Court on the status of selecting a mediator and confirming a mediation date. Following the Initial Conference, the Court directed the Parties to file their Selection Of Mediator by February 20, 2019. Since that time, the Parties have actively engaged in discussing mediator selection and scheduling a mediation date. Despite the Parties' diligent efforts, they have yet to confirm their mediator selection and the mediation date. As such, the Parties respectfully request a seven-day extension to file a Selection Of Mediator in the event a mediator and mediation date is not confirmed by the current February 20, 2019 filing deadline. This is the Parties' first request for an extension of time to notify the Court concerning mediator selection.

                     Respectfully,

                     SCHUCKIT & ASSOCIATES, P.C.

                     James L. Policchio

JLP/
cc: all counsel of record (via email only)