**LAW OFFICE OF ADAM G. SINGER, PLLC**
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER** | **DIRECT DIAL** |
| ADAM G. SINGER | (212) 842 – 2428 |
| **EMAIL** | **FACSIMILE** |
| ASINGER@ADAMSINGERLAW.COM | (212) 658 – 9682 |

April 16, 2019

**VIA ECF**
The Honorable Cheryl L. Pollak, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **Thomas v. Trans Union, LLC et al.; 1:18-cv-06460-SJ-CLP**
             *Notice of settlement in principle*

Dear Magistrate Judge Pollak:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and all Defendants, I write to inform the Court that all parties (a) have reached a confidential settlement in principle in the Action, and (b) intend to move expeditiously to finalize the terms of settlement and execute a formal settlement agreement ("Agreement"). Unless the Court orders otherwise, Plaintiff and Defendants will file a proposed stipulated order to dismiss the Action with prejudice once (a) a settlement agreement is fully executed, and (b) all material conditions necessary for settlement are satisfied.

                                          Respectfully submitted,

                                          Adam G. Singer

**ROCKLAND**
75 MONTEBELLO ROAD
SUFFERN, NY 10901

WWW.ADAMSINGERLAW.COM

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601